# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>**$497,440.00 IN UNITED STATES CURRENCY, AND AN ACER LAPTOP COMPUTER**<br><br>    Defendant. | 8:18CV575<br><br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on February 8, 2019, a letter (Filing No. 13) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

Allison B. Margolin<br>
MARGOLIN, LAWRENCE LAW OFFICE<br>
8484 Wilshire Boulevard, Suite 440<br>
Beverly Hills, CA 90211

**IT IS ORDERED** that on or before March 13, 2019, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Allison B. Margolin being removed as counsel of record.

**Dated** this 27th day of February, 2019.

                  BY THE COURT:

                  s/ Susan M. Bazis
                  United States Magistrate Judge