IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>$497,440 IN UNITED STATES CURRENCY et al.,<br><br>                    Defendants. | 8:18-CV-575<br><br>DEFAULT JUDGMENT AND DECREE OF FORFEITURE |

      This matter is before the Court on the plaintiff's Motion for Default Judgment and Decree of Forfeiture (filing 19). The motion will be granted.

      A Complaint for Forfeiture *In Rem* (filing 1) was filed on December 13, 2018. A Warrant for Arrest *In Rem* (filing 3) was issued and properly served on the defendant property by U.S. Customs and Border Protection. *See* filing 8. Publication of the notice of this action and of the arrest of the defendant properties was made pursuant to an order entered by the United States Magistrate Judge on December 17. Filing 6. A claim was filed on January 25, 2019 (filing 12), but no timely answer was filed, and the plaintiff represents that the claim has been abandoned. Filing 17-1 at 2.

      As directed by the Magistrate Judge's order (filing 6), a Notice of Forfeiture was posted beginning on December 10, 2018, on an official Internet government forfeiture site, www.forfeiture.gov, for at least 30 consecutive days, as required by Supp. Admiralty and Maritime Claims R. G(4)(a)(iii)(B). A declaration of publication (filing 15) was filed on February 29, 2019, and from a review of the Court file the Court finds that no other claims have been made.

No person or entity entitled to the defendant properties has filed a claim or an answer in response to plaintiff's Complaint for Forfeiture *In Rem* within the time fixed by law. The Clerk of the Court entered the defendant's default on February 19. *See* filing 18. Accordingly, the plaintiff's Motion for Default Judgment and Decree of Forfeiture (filing 19) will be granted.

IT IS ORDERED:

1. The plaintiff's Motion for Default Judgment and Decree of Forfeiture (filing 19) is granted.

2. All right, title, or interest in or to the defendant properties held by any person or entity are forever barred and foreclosed.

3. The properties are forfeited to the plaintiff.

4. The properties shall be disposed of by the plaintiff in accordance with law.

Dated this 12th day of March, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge